## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE LAUGHLIN<br><br>Plaintiff<br>v.<br><br>MERCK & CO., INC.<br><br>Defendant | Civil Action No.: 1:07-CV-03827<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on JUNE 08, 2007 at 12:05 PM at 111 EIGHTH AVENUE, 13TH FLOOR, NEW YORK, NY 10011, receipients BUSINESS OFFICE deponent served the within SUMMONS, COMPLAINT AND DEMAND FOR A JURY TRIAL on MERCK & CO., INC. C/O CT CORPORATION SYSTEM therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to MS FLORES personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Hispanic    Hair: Brown    Glasses: No    Approx. Age: 40    Height: 5'-5"    Weight: 160
Description of Door:
Distinguishing Features:

COMMENTS:
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic.#1133309
THORNTON PROCESS SERVICE
3214 Samantha Drive
Cantonment, FL 32533
(850) 478-3333

Executed on: 6-28-07

Subscribed and sworn to before me, a notary public, on this 28th day of June, 2007.

_____    My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 07-005270    Client Reference: Job #2227

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

BONNIE LAUGHLIN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC.

SERVED 6/18/07 @ 12:05 am/pm
Process Server Initials: JY   I.D.# 1133309
Thornton Process Service
(850) 478-3333

TO: (Name and address of defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY M. O'BRIEN
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.
316 S. BAYLEN STREET, SUITE 600
PENSACOLA, FL 32591

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 1 5 2007

CLERK

DATE

(BY) DEPUTY CLERK